IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMMIE MCCASTLE**                                                                       **PLAINTIFF**

v.                                        **Case No. 4:20-cv-00029 KGB**

**LEDIC REALTY COMPANY**                                                           **DEFENDANT**

## ORDER

    Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

    It is so ordered this 28th day of October, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge